Circuit Court for Charles County
Case No. C-08-CV-21-000250
Argued: September 6, 2024

IN THE SUPREME COURT

OF MARYLAND

No. 6

September Term, 2024

---

GREENMARK PROPERTIES, LLC

v.

PARTS, INC., ET AL.

---

Fader, C.J.,
Watts
Booth
Biran
Gould
Eaves
Killough

JJ.

---

PER CURIAM ORDER

---

Filed:  September 10, 2024

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|  | * | IN THE |
| GREENMARK PROPERTIES, LLC | * | |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | Pet. No. 303, September Term, 2024 |
| PARTS, INC., ET AL. | * | |
| | * | No. 6, September Term, 2024 |
| | * | |

## ORDER

Upon consideration of the parties' briefs and oral argument, it is this 10th day of September 2024, by the Supreme Court of Maryland,

ORDERED that the writ of certiorari is dismissed with costs as improvidently granted and No. 6, September Term, 2024 is closed in this Court; and it is further

ORDERED that costs are to be paid by Petitioner.


   /s/ Matthew J. Fader
Chief Justice